**DENY and Opinion Filed August 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00149-CV**

**IN RE PAUL BROWN AND JULIE BROWN, Relators**

**Original Proceedings from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-54315-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

In their March 8, 2021 petition for writ of mandamus, relators ask this Court to compel the trial court to vacate its: (1) denial of their motion to dismiss the underlying suit, and (2) temporary orders appointing the grandfather and aunt as joint managing conservators. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, response, reply, and the record before us, we conclude that relators have failed to show an abuse of discretion. Accordingly,

we deny the petition for writ of mandamus. We also lift the stay of trial court proceedings issued by this Court's April 29, 2021 order.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210149F.P05